**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**FAZLIDDIN NIGMATULLAEV** **CASE NO. 1:26-CV-02396 SEC P**

**VERSUS** **JUDGE EDWARDS**

**SHAD RICE ET AL** **MAG. JUDGE WHITEHURST**

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED that Petitioner Fazliddin Nigmatullaev's petition is **DENIED AND DISMISSED WITHOUT PREJUDICE**.

THUS DONE in Chambers on this 25th day of September, 2026.

Jerry Edwards, Jr.
United States District Judge